GUSSIE STOWASSER, Respondent, *v.* SHERMAN OUTFITTING
COMPANY, Appellant.

*Stowasser* v. *Sherman Outfitting Co.*, 46 App. Div. 623. affirmed.
(Argued October 4, 1901; decided November 12, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 22, 1899, affirming a judgment in favor of plaintiff

entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Maxwell Davidson* and *Samuel Greenbaum* for appellant.

*Otto Horwitz* for respondent.

Judgment affirmed, with costs and ten per cent damages, under section 3251 of the Code of Civil Procedure.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.